DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

|  |  |
|---|---|
| EZRA THOMAS, | ) |
| Petitioner, | ) |
| v. | ) |
|  | ) Civil Action No. 2016-00018 |
| GOVERNMENT OF THE VIRGIN ISLANDS,[1] | ) |
| Respondent. | ) |

**Appearances:**
Ezra Thomas, Pro Se

## ORDER

**UPON CONSIDERATION** of Petitioner Ezra Thomas's "Petition" (Dkt. No. 1); Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") (Dkt. No. 12); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's R&R (Dkt. No. 12) is **ACCEPTED AS MODIFIED** in the Memorandum Opinion; and it is further

**ORDERED** that Ezra Thomas's "Petition" (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Court **DECLINES** to issue a Certificate of Appealability for failure to satisfy the legal standard set forth in 28 U.S.C. § 2253(c)(2); and it is further

---

[1] In the caption of his handwritten "Complaint," Petitioner labeled himself as the defendant and the "Government of the Virgin Islands" as the plaintiff. Given that Petitioner, who is proceeding *pro se*, likely made this mistake without understanding his error, the Court has reversed the labels.

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Ezra Thomas by certified mail, return receipt requested; and it is further

**ORDERED** that the Clerk of Court is directed to mark the case **CLOSED**.

**SO ORDERED.**

Date:   August 28, 2020                               _____/s/_____
                                                                           WILMA A. LEWIS
                                                                           Chief Judge